UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No.   CV02-7624-LGB(SHx) | Date: September 18, 2003 | |
| Title   *PERFECT 10, INC. v. CCBILL, LLC, ET AL.* | Priority Send | X |

PRESENT: HON. LOURDES G. BAIRD, JUDGE

| | | |
|---|---|---|
| | | Enter ___ |
| | | Closed ___ |
| Catherine M. Jeang | Mark Schweitzer | JS-5/JS-6 ___ |
| Deputy Clerk | Court Reporter | JS-2/JS-3 ___ |
| | | Scan Only ___ |

ATTORNEYS FOR PLAINTIFFS
  JOHN DANOS
  JEFFREY MAUSNER
  RONALD JOHNSTON

ATTORNEYS FOR DEFENDANTS
  JOHN FLYNN
  JAY SPILLANE
  SUSAN MCDERMOTT MERCER
  JEFFREY BORES
  ALBERT DAVIS
  BRUCE WESSEL
  DENNIS KEARNEY
  HELEN NAU
  BRANDON BAUM

PROCEEDINGS:   SCHEDULING CONFERENCE BY TELEPHONE

Hearing held telephonically and counsel are present.  The Court confers with counsel and schedules the following dates:

Request for leave to file amended pleadings or to add parties: February 6, 2004;
Factual Discovery Cut-off: July 16, 2004;
Settlement Completion Cut-off: October 8, 2004;
Exchange of Expert Reports Cut-off: August 9, 2004;
Exchange of Rebuttal Reports Cut-off: August 23, 2004;
Last Day to File Motions: October 4, 2004;
Expert Discovery Cut-off: September 17, 2004;
Pretrial Conference (9:00 A.M.): January 24, 2005;
Jury Trial (8:30 A.M.): February 8, 2005;

  XX    The Court **ORDERS** a telephone conference call on **October 13, 2004 at 3:00 P.M. (PST)** in order to discuss settlement status and compliance with settlement procedures mandated in this Court's trial order. All parties are ordered to discuss the matter with their clients and opposing counsel prior to the telephone conference. Counsel for **PLAINTIFF** is ordered to initiate the telephone conference call **THROUGH THE TELEPHONE OPERATOR** to include all counsel of record, and **CHAMBERS at (213) 894-0785** on the date and time scheduled. If there is any problem, counsel is to contact the Courtroom Deputy, Catherine Jeang, at (213) 894-3700.

  XX    OTHER:   The parties are ORDERED to file an ADR-1 Form within 20 days.

cc: Counsel


ENTERED ON ICMS
SEP 25 2003
CV

MINUTES FORM 11
CIVIL - GEN

Deputy Clerk _____

/103