Priority ―
Send ―
Enter ―
Closed ―
JS-5/JS-6 ―
JS-2/JS-3 ―
Scan Only ―

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION
CIVIL MINUTES--GENERAL

Case No. CV 02-7624-LGB (Shx)          Date: December 29, 2003

Title   Perfect 10, Inc. v. CCBILL LLC. et al.,

=================================================================
DOCKET ENTRY
=================================================================

PRESENT:

    Hon. STEPHEN J. HILLMAN, MAGISTRATE JUDGE

SANDRA BUTLER                         _____
Deputy Clerk                          Tape Number

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

N/A                                   N/A

PROCEEDINGS: (IN CHAMBERS)

This court is in receipt of plaintiff's Ex Parte Application to Downgrade Documents, filed on December 22, 2003. Any Opposition shall be filed no later than January 2, 2004.

cc:  Judge Baird
     Judge Hillman
     Parties of Record


ENTERED ON ICMS
DEC 30 2003


113