1 | RONALD JOHNSTON (State Bar No.57418)
SEAN MORRIS (State Bar No. 200368)
2 | ARNOLD & PORTER
1900 Avenue of the Stars, 17th Floor
3 | Los Angeles, California 90067-4408
Telephone: (310) 552-2500; Fax: (310) 552-1191
4 |
DANIEL J. COOPER (State Bar No. 198460)
5 | RANDALL B. LEWIS (State Bar No. 210444)
72 Beverly Park Dr.
6 | Beverly Hills, California 90210
Telephone: (310) 205-9817; Facsimile: (310) 205-9638
7 |
JEFFREY N. MAUSNER (State Bar No. 122385)
8 | BERMAN, MAUSNER & RESSER
A Law Corporation
9 | 11601 Wilshire Boulevard, Suite 600
Los Angeles, California 90025-1742
10 | Telephone: (310) 473-3333; Fax: (310) 473-8303
E-mail: jeffmausner@bmrlaw.com
11 |
Attorneys for Plaintiff
12 | PERFECT 10, INC.

FILED
CLERK, U.S. DISTRICT COURT

JAN - 6 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

LODGED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PERFECT 10, INC., a California Corporation,

Plaintiff,

vs.

CCBILL LLC, et al,

Defendants.

Case No: CV 02-7624 LGB (SHx)

[PROPOSED] ORDER
DOWNGRADING
CLASSIFICATION OF
DOCUMENTS

Date: To be determined
Time: To be determined
Place: Courtroom of the Honorable
       Stephen Hillman

DOCKETED ON CM

JAN - 7 2004

BY _____ 010

119

BERMAN, MAUSNER & RESSER
A Law Corporation

1    **GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED**

2    **THAT:**

3        The documents and interrogatory answers that have been produced by

4    CCBill, LLC ("CCBill") and Cavecreek Wholesale Internet Exchange, Inc.

5    ("CWIE") in this litigation are hereby downgraded to the classification under the

6    protective order agreed to in principle by defendants CCBill, IBill, Inc. and

7    plaintiff Perfect 10, Inc. of "Confidential."  Dr. Norm Zadeh may review those

8    documents and interrogatory answers pursuant to the provisions of the protective

9    order agreed to in principle by the parties.  Furthermore, Dr. Zadeh may not be

10   excluded from portions of depositions in the case unless a determination is made

11   by the Court that the material in question is Attorneys Eyes Only.

12

13   DATED: 1/6/04

14   _____
     Stephen J. Hillman
     United States Magistrate Judge

15

16

17   Submitted by:

18

19   *Jeffrey N. Mausner*

20   Jeffrey N. Mausner

21   Randall B. Lewis

22   Associate General Counsel
     Perfect 10, Inc.

23   72 Beverly Park

24   Beverly Hills, California 90210

25   Tel: (310) 205-9640
     Fax: (310) 205-9641

26

27

28

BERMAN, MAUSNER & RESSER
A LAW CORPORATION

2

1

## PROOF OF SERVICE

2

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3

I am employed in the county of Los Angeles, State of California.

4

I am over the age of 18 and am not a party to the within action; my business address is: 11601
Wilshire Blvd., Suite 600 Los Angeles, CA 90025-1742.

5

6

On January 4, 2004, I served the foregoing document(s) described as follows:

## [PROPOSED] ORDER DOWNGRADING CLASSIFICATION OF
7

## DOCUMENTS

8

on the interested party(ies) in this action by faxing a copy to the fax number(s) as shown below:

9

**Jay M. Spillane, Esq.**
**FOX & SPILLANE, LLP**

10

**1880 Century Park East, Suite 1004**
**Los Angeles, California 90067**

11

**Fax No. (310) 229-9380**

12

**John P. Flynn, Esq.**
**Frank R. Mead, Esq.**

13

**TIFFANY & BOSCO, P.A.**
**Third Floor Esplanade Two**

14

**2525 East Camelback Road**
**Phoenix, AZ 85016**

15

**Fax No. (602) 255-0103**

16

**FACSIMILE:** I transmitted by facsimile such document(s) to the office(s) of the addressee(s).

17

**FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose
18

direction the service was made. I declare, under penalty of perjury, that the foregoing is true and
correct.

19

Executed on **January 4, 2004** at Los Angeles, California

20

21

BY: _Andy Shah_
Andy Shah

22

23

24

25

26

27

28

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California.

I am over the age of 18 and am not a party to the within action;  my business address is:  11601 Wilshire Boulevard, Suite 600 Los Angeles, CA 90025-1742.

On January 4, 2004, I served the foregoing document(s) described as follows:

**[PROPOSED] ORDER DOWNGRADING CLASSIFICATION OF DOCUMENTS**

on the interested party(ies) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**PLEASE SEE ATTACHED**

**MAIL:**  I placed such envelope with fully prepaid postage thereon in the United States mail at Los Angeles, California.

**FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on **January 4, 2004**, at Los Angeles, California

BY: _____
          Andy Shah

**SERVICE LIST**
**Perfect 10, Inc. v. CCBill, LLC, et. al.**
**Case No. CV 02-7624 LGB (Shx)**

**Counsel for Defendant**
**CCBill/CWIE**

John P. Flynn, Esq.
Frank R. Mead, Esq.
Tiffany & Bosco, P.A.
Third Floor Esplanade Two
2525 East Camelback Road
Phoenix, AZ 85016
Fax No. (602) 255-0103

**Counsel for Defendant**
**Internet Billing Company, LLC**

Brandon D. Baum, Esq.
Cooley Godward, LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Fax No. (560) 857-0663

**Counsel for Defendant**
**Clarence Coogan**

Susan McDermott Mercer, Esq.
Buchalter, Nemer, Fields & Younger
601 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-5704
Fax No. (213) 896-0400

**Counsel for Defendant**
**NetPass Systems, Inc.**

Cort C. Holten, Esq.
Chestnut & Cambronne
222 South Ninth Street, #3700
Minneapolis, MN 55402
Fax No. (612) 336-2940

Albert F. Davis, Esq.
Law Offices of Albert Davis
5455 Wilshire Blvd., Suite 1802
Los Angeles, CA 90036

**Co-Counsel for Defendants**
**CCBill and CWIE**

Jay M. Spillane, Esq.
Fox & Spillane, LLP
1880 Century Park East, Suite 1004
Los Angeles, CA 90067
Fax No. (310) 229-9380

**Counsel for Defendant**
**Internet Key, Inc.**

Dennis T. Kearney, Esq.
Jonathan S. Bristol, Esq.
Pitney, Hardin, Kipp & Szuch, LLP
Park Avenue at Morris Count
PO Box 1945
Morristown, NJ 07962-1945

Bruce A. Wessel, Esq.
Irell & Manella
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Fax No. (310) 203-7199

**Network Authentication System**

Mr. Laurence E. Sullivan
209 Bloomfield Avenue
Bloomfield, NJ 07003

BERMAN, MAUSNER & RESSER
A LAW CORPORATION