1  Jay M. Spillane (Bar No. 126364)
   Tanya Acker (Bar No. 200477)
2  Daniel B. Mendelsohn (Bar No. 210843)
   FOX & SPILLANE LLP
3  1880 Century Park East, Suite 1004
   Los Angeles, California 90067
4  (310) 229-9300
   (310) 229-9380 (fax)
5
   John P. Flynn (Az. Bar No. 015065)
6  TIFFANY & BOSCO, P.A.
   1850 N. Central Avenue
7  Phoenix, Arizona 85004-4546
   (602) 255-6020
8  (602) 255-0103 (fax)

9  Attorneys for Defendants CCBill, LLC and
   Cavecreek Wholesale Internet Exchange
10

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT

JAN 2 7 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY

Priority
Send         X
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

11

12              UNITED STATES DISTRICT COURT

13            CENTRAL DISTRICT OF CALIFORNIA

14

15

16  PERFECT 10, INC., a California        CASE NO. 02 7624 LGB (SHx)
    corporation,
17                                        STIPULATION REGARDING
                    Plaintiff,            EXTENSION OF DEADLINE FOR
18                                        PHASE I DISCOVERY HEARING
           v.
19                                        **Discovery Cutoff: July 16, 2004**
    CCBILL, LLC, et al.,                  **Pretrial Conference: January 25, 2005**
20                                        **Trial: February 8, 2005**
                    Defendants.
21

22

23

24

25

26

27                                       DOCKETED ON CM
                                         JAN 2 8 2004
28                                       BY              004

FOX & SPILLANE LLP

1      WHEREAS Plaintiff Perfect 10, Inc. ("Perfect 10") and Defendants CCBill,

2 LLC ("CCBill") and Cavecreek Wholesale Internet Exchange ("CWIE") have met and

3 conferred about the impending deadline for holding Phase I discovery hearings; and

4      WHEREAS scheduling conflicts arising during the December holidays, coupled

5 with Magistrate Judge Hillman's limitation on holding such hearings to one day each

6 week, made it difficult for CCBill and CWIE to schedule a hearing on their motion to

7 compel further responses to written discovery prior to January 16, 2004;

8      WHEREAS CCBill and CWIE were able to schedule a hearing soon after the

9 original deadline, on January 26, 2004;

10      WHEREAS Perfect 10 and its attorneys have received all documents 21 days in

11 advance of this hearing, as required by the applicable local rules;

12      WHEREAS in order to promote judicial economy, the parties hereto have

13 agreed to the following stipulation;

14      WHEREFOR Perfect 10, CCBill, and CWIE, through their respective counsel

15 of record, stipulate:

16      1.  Perfect 10, CCBill, and CWIE agree, pending the Court's Order, to extend

17 the Phase I deadline for discovery hearings from January 16, 2004 until January 26,

18 2004.  The parties are not hereby stipulating to an extension of any deadlines for

19 completion of discovery other than the agreed-upon 30(b)(6) deposition of IBill.

20      2.  Representatives for all parties will attend the hearing before Magistrate

21 Judge Hillman, currently scheduled for January 26, 2004 at 2:00 pm.

22 Dated: January 15, 2004

23

24                       FOX & SPILLANE LLP

25

26                     By:

27                         Jay M. Spillane
                        Attorneys for Defendants CCBill, LLC and

28                         Cavecreek Wholesale Internet Exchange

FOX & SPILLANE LLP

Stipulation re Discovery Hearing

- 1 -

01/15/2004  12:00  31020596     :310-225-9380     PERFECT 10 LEGAL    52    P.04
FOX & SPILLANE                                      Jan 14 2004              PAGE  03/03

Dated: January 15, 2004

PERFECT 10, INC.

By: _Randall Lewis_

Randall B. Lewis
Associate General Counsel for Plaintiff Perfect 10, Inc.

## ORDER

It is so ordered.

Dated: ___1/26/04___

_____

Hon. Lourdes G. Baird
United States District Court Judge

FOX & SPILLANE LLP

Stipulation re Discovery Hearing

-2-

Dated: January 15, 2004

PERFECT 10, INC.

By: _____
Randall B. Lewis
Associate General Counsel for Plaintiff Perfect 10, Inc.

**O R D E R**

It is so ordered.

Dated: _____

_____
Hon. Lourdes G. Baird
United States District Court Judge

Fox & Spillane LLP

Stipulation re Discovery Hearing

- 2 -