Priority —
Send ☒
Enter —
Closed —
JS-5/JS-6 —
JS-2/JS-3 —
Scan Only —

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION
CIVIL MINUTES--GENERAL

Case No. CV 02-7624-LGB (Shx)        Date: January 29, 2004

Title    Perfect 10, Inc. v. CCBILL, LLC, et al.,

===========================================================

DOCKET ENTRY

===========================================================

PRESENT:

    Hon. STEPHEN J. HILLMAN, MAGISTRATE JUDGE


| SANDRA BUTLER | |
|---|---|
| Deputy Clerk | Tape Number |


ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

N/A                                       N/A


PROCEEDINGS: (IN CHAMBERS)

    Following oral argument, on January 26, 2004, the court now rules on CCBill's and CWIE's two Motions to Compel Production of Documents and two Motion to Compel Interrogatory responses.

    The Motions are granted, in part, as follows: Plaintiff is ordered to supplement its document production and interrogatory responses, but only to the extent that supplementation is relevant to Phase One discovery, as set forth in Judge Baird's Order of November 17, 2003.

    Therefore, Plaintiff shall supplement its document production and interrogatory responses to include all documents and facts, known and available at this time to Plaintiff, which 1) might be relevant to Defendants in seeking to avail themselves of the safe harbor provisions of the DMCA and/ or the immunity provisions of the CDA; and 2) which Plaintiff intends to rely on in opposing the

DOCKETED ON CM
JAN 29 2004
BY _____ 046

Minute Order
January 29, 2005
Page 2
=============

impending Motion of the Defendants regarding the safe harbor provisions of the DMCA and/or the immunity provisions of the CDA.

    The balance of these four Motions are denied without prejudice, as they are overly burdensome and beyond the reasonable scope of Phase One discovery.

    The Plaintiff's Request for Sanctions is denied, given the fact that defendants are partially successful in the subject Motions. However, the court is concerned with the greatly overreaching nature of the four Motions, given the bifurcation of discovery as ordered by Judge Baird.

cc:    Judge Baird
       Judge Hillman
       Parties of Record