ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Priority ___X___
Send ___X___
Enter _____
Closed _____
JS-5/JS-6 _____
JS-2/JS-3 _____
Scan Only _____

Case No.  CV02-7624-LGB(SHx)                    Date: March 2, 2004

Title:  *PERFECT 10, INC. v. CCBILL, LLC, ET AL.*

PRESENT:  HON. LOURDES G. BAIRD, JUDGE

    Catherine M. Jeang                  Not Present
      Deputy Clerk                      Court Reporter

ATTORNEYS FOR PLAINTIFFS        ATTORNEYS FOR DEFENDANTS

Not Present                        Not Present

PROCEEDINGS:   (IN CHAMBERS)

On the Court's own motion, the Court continues the hearing on Defendant Internet Billing Co., LLC's Motion for Partial Summary Judgment; Defendant Internet Key, Inc.'s Motion for Partial Summary Judgment on Phase One Issues; and Defendants CCBill, LLC and CWIE, LLC's Motion for Partial Summary Judgment from April 19, 2004 to May 3, 2004 at 10:00 A.M. The briefing schedule shall be as follows:

Oppositions are to be filed on or before March 29, 2004.

Replies (optional) are to be filed on or before April 5, 2004.

Conformed courtesy copies of all filings to chambers.



cc: Counsel

MINUTES FORM 11
CIVIL - GEN

Deputy Clerk