ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No. CV02-7624-LGB(SHx)     Date: April 12, 2004

Title: *PERFECT 10, INC. v. CCBILL, LLC, ET AL.*

| PRESENT: | HON. LOURDES G. BAIRD, JUDGE |
|---|---|

| Catherine M. Jeang | Margaret Babykin |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |
|---|---|
| Sean Morris | John Flynn |
| Jeffrey Mausner | Jay Spillane |
| Randall Lewis | Brandon Baum |
| Ronald Johnston | Lara Cooper |
| Daniel Cooper | |

PROCEEDINGS: DEFENDANT INTERNET BILLING CO., LLC'S MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL (filed March 8, 2004); and DEFENDANTS CCBILL & CWIE'S JOINDER (filed March 23, 2004).

Hearing held and counsel are present. The Court confers with counsel and counsel argue. The Court rules on the motions as follows:

_____ Granted as to the above motion.

_____ Granted as to motion #

_____ Denied as to the above motion.

_____ Denied as to motion #

_____ Granted in part/denies in part as to the above.

_____ Granted in part/denies in part as to motion #

  XXX   Taken under submission as to the above motions.

_____ Taken under submission as to motion #

  XXX   The Court shall prepare and issue a final order.

_____ Counsel for plaintiff/defendant shall prepare a final order.

_____ The Court issues a final order.

  XXX   OTHER: Tentative Order provided.

DOCKETED ON CM
APR 13 2004
BY ___   010  (235)

cc: Counsel

MINUTES FORM 11
CIVIL - GEN                                              Deputy Clerk ____