**ORIGINAL**

Priority
Send    X
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES-GENERAL

Case No.: CV 02-7624 LGB (SHx)          Date: April 19, 2004

Title:     Perfect 10, Inc. v. CCBill LLC, et al.

========================================================

## DOCKET ENTRY

========================================================

**PRESENT:** Hon. Lourdes G. Baird, United States District Judge

Catherine Jeang                        None Present
Deputy Clerk                           Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**    **ATTORNEYS PRESENT FOR DEFENDANTS:**

None Present                          None Present

**PROCEEDINGS:**     In Chambers

     The Court is in receipt of Defendant iBill's letter request that the deposition pages submitted in support of iBill's Motion for Partial Summary Judgment be deemed a satisfactory substitute for the lodging of original copies of the depositions pursuant to Local Rule 32-1. The Court is also in receipt of page 214 of the Zadeh deposition. The Court **GRANTS** iBilll's request.

Deputy Clerk _____



DOCKETED ON CM
APR 22 2004
BY ___
239