ORIGINAL

Priority  X
Send      X
Enter     X
Closed    ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., <br><br> Plaintiff, <br><br> v. <br><br> CCBill, LLC, et al., <br><br> Defendants. | NO. CV 02-7624 LGB (SHx) <br><br> **PROTECTIVE ORDER** |

The Court having considered the papers in support of and opposition to Internet Billing Company, LLC's ("IBill") Motion for Disqualification of Plaintiff's Counsel and the Joinder of CCBill, LLC ("CCBill") and CWIE, LLC ("CWIE"), and the arguments of counsel relating thereto, and good cause having been shown,

It is HEREBY ORDERED that Perfect 10, Inc., its employees, agents, attorneys, and any person acting on its behalf ("Perfect 10"), shall be prohibited from communicating with Edward Cherry regarding this action entitled CV 02-7624 except by way of deposition under Rule 30 of the Federal Rules of Civil Procedure with

1

1  proper notice to all parties beforehand. This Order does not prevent Perfect 10 from
2  communicating with Edward Cherry regarding other actions except that Perfect 10
3  may not communicate with Edward Cherry concerning any issues or matters subject
4  to IBill's, CCBill's, and CWIE's attorney-client and work product privileges.

**IT IS SO ORDERED.**

Dated: May 4, 2004

LOURDES G. BAIRD
United States District Judge