ORIGINAL

| | |
|---|---|
| Priority | |
| Send | ✗ |
| Enter | |
| Closed | |
| JS-5/JS-6 | ⊔⊐ |
| JS-2/JS-3 | ← |
| Scan Only | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES-GENERAL

**Case No.:** CV 02-7624 LGB (SHx)          **Date:** April 28, 2004

**Title:**      Perfect 10, Inc. v. CCBill LLC, et al.

====================================================

## DOCKET ENTRY

====================================================

**PRESENT: Hon. Lourdes G. Baird, United States District Judge**

Catherine Jeang                          None Present
Deputy Clerk                             Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:  ATTORNEYS PRESENT FOR DEFENDANTS:**

    None Present                        None Present


**PROCEEDINGS:**        In Chambers

     The Court is in receipt of Plaintiff Perfect 10's letter request that the
deposition pages submitted as exhibits to Plaintiff's Oppositions to the motions for
summary judgment be deemed a satisfactory substitute for the lodging of original
copies of the depositions pursuant to Local Rule 32-1.  The Court **GRANTS**
Plaintiff's request.


                                   Deputy Clerk _____

DOCKETED ON CM

MAY - 5 2004

BY _____

244