ORIGINAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES-GENERAL

___ Priority
_X_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

**Case No.:** CV 02-7624 LGB (SHx)     **Date:** July 7, 2004

**Title:** Perfect 10, Inc. v. CCBill LLC, et al.

================================================================

## DOCKET ENTRY
================================================================

**PRESENT:** Hon. Lourdes G. Baird, United States District Judge

| Catherine Jeang | John Turman |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**  **ATTORNEYS PRESENT FOR DEFENDANTS:**
Randall Lewis

John Flynn
Jay Spillane
Helen Nau
Bruce Wessel
Brendan Baum
Susan McDermott Mercer

**PROCEEDINGS:**     In Chambers

The Court held a telephone status conference on <u>July 7, 2004 at 2 P.M.</u>

The Court **SETS** the dates in this case as follows:

Factual Discovery Cut-Off: November 12, 2004
Exchange of Expert Reports: November 22, 2004
Exchange of Rebuttal Expert Reports: December 23, 2004
Expert Discovery Cut-Off: January 25, 2005
Last Day to File Motions: January 31, 2005
Settlement Completion Cut-Off: February 11, 2005
Telephone Conf. re Settlement: February 16, 2005 at 2:30 P.M.
Pretrial Conference: May 16, 2005 at 9 A.M.
Trial: May 31, 2005 at 8:30 A.M.

All previous dates are **VACATED**.

Deputy Clerk

DOCKETED ON CM
JUL 12 2004
BY _____ 010

253

1