Priority
X Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

SCANNED

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL MINUTES-GENERAL**

**Case No.:** CV 02-7624 LGB (SHx)     **Date:** November 30, 2004

**Title:**   Perfect 10, Inc. v. CCBill LLC, et al.

========================================================

**DOCKET ENTRY**

========================================================

**PRESENT:**  Hon. Lourdes G. Baird, United States District Judge

Catherine Jeang                    None Present
Deputy Clerk                       Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**  **ATTORNEYS PRESENT FOR DEFENDANTS:**
None Present                       None Present

**PROCEEDINGS:**   In Chambers

The Court is in receipt of the Proposed Judgment by
Defendants CCBill and CWIE, the Plaintiff's objection to that
proposed judgment, and the Defendants Reply.  The parties
disagree on whether this Court has ruled on attorney's fees for
the underlying copyright claims in this case.  The Court's
November 9, 2004 Order Granting Plaintiff's Motion fo Order to
Dismiss under FRCP Rule 41 ("Order") stated that the Court would
not award attorneys fees in this action, but did not specifically
address the issue of attorney's fees for the copyright claims.
(Order at 8).

The Plaintiffs brought copyright claims under 17 U.S.C. §
505.  This statue provides that a court has the discretion to
award reasonable costs and attorney's fees to the prevailing
party as part of the costs.  Id.; Fogerty v. Fantasy, Inc. 510
U.S. 517, 534 (1994).  There is no precise rule or formula for
the court to follow in making this determination but the court
should exercise equitable discretion and can consider factors
including frivolousness, motivation, objective reasonableness,
and the need in particular circumstances to advance
considerations of compensation and deterrence.  Id. at 134, FN
19.

As the Court's Order stated, the Plaintiff brought this
claim in good faith given the similarity of the parties' images
and presented a close question of prevailing law on the copyright



1

claims.  (Order at 7-8.)  Since this case presented close factual
and legal issues it is not a case where the court should
compensate the Defendant for the costs of defending the case or
deter the Plaintiff from bringing such suits.  Therefore, as
stated in the Court's November 9, 2004 Order, the Court does not
award attorney's fees in this case.

Deputy Clerk _____