

Jay M. Spillane (Bar No. 126364)
Raul Perez (Bar No. 174687)
FOX & SPILLANE LLP
1880 Century Park East, Suite 1004
Los Angeles, California 90067
(310) 229-9300
(310) 229-9380 (fax)

John P. Flynn (AZ. Bar No. 015065)
TIFFANY & BOSCO, P.A.
Third Floor Camelback Esplanade II
2525 East Camelback
Phoenix, Arizona 85016
(602) 255-6020
(602) 255-0103 (fax)

Attorneys for Defendants CCBill LLC,
CWIE, LLC

FILED
CLERK, U.S. DISTRICT COURT

DEC - 1 2004

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT

DEC - 2 2004

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT

NOV 2 4 2004

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

X   Scan
___ Send
___ Clsd
X   Enter
___ JS-5/JS-6
___ JS-2/JS-3

NOTE CHANGES MADE BY THE COURT.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PERFECT 10, INC., a California
corporation,

                    Plaintiff,

        v.

CCBILL, LLC, at al.,

                    Defendants.

NOTE CHANGES MADE BY THE COURT.

Case No. 02-7624 LGB (SHx)

[Proposed] JUDGMENT

NOTE CHANGES MADE BY THE COURT.

FOX & SPILLANE LLP

Judgment

ORIGINAL

1   On June 22, 2004 the Court entered its "Order Granting in Part, and Denying in

2   Part, Defendants' Motions for Summary Judgment." Pursuant to that Order, the Court

3   granted summary judgment in favor of Defendants CCBill, LLC ("CCBill") and

4   CWIE, LLC ("CWIE") on Plaintiff Perfect 10, Inc.'s ("Perfect 10's") First

5   (Copyright), Sixth (Unfair Competition), Seventh (False Advertising), Eighth (RICO)

6   and Ninth (RICO) Claims for Relief.

7   On November 9, 2004 the Court entered its "Order Granting Plaintiff's Motion

8   for an Order to Dismiss Under FRCP Rule 41." Pursuant to that Order, the Court

9   dismissed, without prejudice, Perfect 10's Second (Trademark Infringement), Third

10  (Trademark Disparagement), Fourth (Wrongful Use of a Registered Mark) and Fifth

11  (Rights of Publicity) Claims for Relief against CCBill and CWIE, on the condition

12  that Perfect 10 is not to reinstate these claims against CCBill or CWIE unless Perfect

13  10 succeeds on its appeal of its copyright claims.

14  All of the issues in the case relating to CCBill and CWIE having been duly

15  heard, and decisions thereon having been duly rendered,

16  It is ORDERED and ADJUDGED:

17  With respect to Perfect 10's First (Copyright), Sixth (Unfair Competition),

18  Seventh (False Advertising), Eighth (RICO) and Ninth (RICO) Claims for Relief,

19  Perfect 10 shall take nothing, the claims are dismissed on the merits, and judgment is

20  rendered in favor of CCBill and CWIE on those claims.

21  With respect to Perfect 10's Second (Trademark Infringement), Third

22  (Trademark Disparagement), Fourth (Wrongful Use of a Registered Mark) and Fifth

23  (Rights of Publicity) Claims for Relief against CCBill and CWIE, the claims are

24  dismissed without prejudice, on the condition that Perfect 10 is not to reinstate these

25  claims against CCBill or CWIE unless Perfect 10 succeeds on its appeal of its

26  copyright claims. As to these claims, each party is to bear its own attorneys fees.

27  ~~CCBill and CWIE shall recover their costs of the action in the sum of~~

28  $~~_____~~

FOX & SPILLANE LLP

Judgment

- 1 -

1    ~~CCBill and CWIE are also awarded attorneys fees pursuant to the First Claim~~

2    ~~for Relief (Copyright) in the sum of $_____.~~

3    The Court determines pursuant to Rule 54(b) of the Federal Rules of Civil

4    Procedure that there is no just reason for delay and expressly directs that judgment be

5    entered as set forth above.

6

7

8    Dated: _November 30, 2004_

9

10

11    _____

Hon. Lourdes G. Baird
United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FOX & SPILLANE LLP

Judgment

- 2 -

PROOF OF SERVICE

STATE OF CALIFORNIA       )
                          )   ss
COUNTY OF LOS ANGELES     )

     I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Fox & Spillane LLP, 1880 Century Park East, Suite 1004, Los Angeles, California 90067.  On November 24, 2004, I served the within documents:

**[PROPOSED] ORDER**

☐    I sent such document from facsimile machine (310) 229-9380 on November 24, 2004.  I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 229-9380 which confirms said transmission and receipt.  The transmission was reported as complete and without error.  I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☐    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below.

☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐    by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☐    by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

*See Attached Service List*

     I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

     I declare under penalty of perjury in accordance with the laws of the United States of America that the foregoing is true and correct of my own personal knowledge, and that I am employed in an office of a member of the Bar of the Court at whose direction this service was made.

     Executed on November 24, 2004, at Los Angeles, California.

                                  Christy Benefield

Fox & Spillane LLP

1

PROOF OF SERVICE

SERVICE LIST
PERFECT 10, INC. v. CCBILL, LLC, et al.
Case No. 02 7624 LGB (SHx)

| | |
|---|---|
| Ronald L. Johnston, Esq.<br>Sean Morris, Esq.<br>**Arnold & Porter LLP**<br>777 South Figueroa Street<br>Forty-Fourth Floor<br>Los Angeles, CA 90017-5844 | Counsel for Plaintiff PERFECT 10, INC.<br><br>Telephone:  (213) 243-4000<br>Facsimile:  (213) 243-4199<br><br>Via First Class Mail |
| Jeffrey N. Mausner, Esq.<br>**Berman, Mausner & Resser**<br>11601 Wilshire Blvd., Ste. 600<br>Los Angeles, CA 90025-1742 | Counsel for Plaintiff PERFECT 10, INC.<br><br>Telephone:  (323) 965-1200<br>Facsimile:  (323) 965-1919<br><br>Via Facsimile |
| Daniel J. Cooper, Esq.<br>72 Beverly Park Drive<br>Beverly Hills, CA 90210 | Counsel for Plaintiff PERFECT 10, INC.<br><br>Telephone:  (310) 205-9640<br>Facsimile:  (310) 205-9641<br><br>Via First Class Mail |
| John P. Flynn, Esq.<br>**Tiffany & Bosco, P.A.**<br>Third Floor Camelback Esplanade II<br>2525 East Camelback<br>Phoenix, AZ 85016 | Co-counsel for Defendant CCBill/CWIE<br><br>Telephone:  (602) 255-6000<br>Facsimile:  (602) 255-0103<br><br>Via Facsimile |
| Susan McDermott Mercer, Esq.<br>**Buchalter, Nemer, Fields & Younger**<br>601 S. Figueroa Street, Ste. 2400<br>Los Angeles, CA 90017-5704 | Counsel for Defendant CLARENCE COOGAN<br><br>Telephone:  (213) 891-0700<br>Facsimile:  (213) 896-0400<br><br>Via First Class Mail |

Fox & Spillane LLP

2

PROOF OF SERVICE