ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No.   CV02-7624-LGB(SHx)                    Date: March 16, 2005

Title:   *PERFECT 10, INC. v. CCBILL, LLC, ET AL.*

=====================================================================

PRESENT:   HON. LOURDES G. BAIRD, U.S. DISTRICT JUDGE

     Catherine M. Jeang                       Not Present
       Deputy Clerk                          Court Reporter

ATTORNEYS FOR PLAINTIFFS              ATTORNEYS FOR DEFENDANTS

     Not Present                              Not Present

PROCEEDINGS:   ORDER TO SHOW CAUSE     (IN CHAMBERS)

On January 8, 2004, this Court granted defendant Netpass Systems, Inc.'s counsels' motion to withdraw as counsel. Defendant Netpass Systems, Inc. is a corporation and, to date, has not retained new counsel.

   Local Rule 83-2.10.1 states that

   A corporation including a limited liability corporation, a
   partnership including a limited liability partnership, an
   unincorporated association, or a trust may not appear in any
   action or proceeding pro se.

   C.D. Cal. Local R. 83-2.10.1.

**IT IS HEREBY ORDERED** that **DEFENDANT NETPASS SYSTEMS, INC.** show cause in writing not later than **March 28, 2005** why default should not be entered against it.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Defendant is advised that the Court will consider the following:

1)   defendant Netpass Systems, Inc.'s newly retained counsel's filing of a
     Notice of appearance or a status report of that counsel's representation
     of this defendant

on or before the above date, as a satisfactory response to the Order to Show Cause.

DOCKETED ON CM
MAR 17 2005
BY _____ 026

309

In the event that no such notice of appearance or status report is filed by March 28, 2005, **IT IS FURTHER HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **April 7, 2005** why this action should not be dismissed for lack of prosecution as to **DEFENDANT NETPASS SYSTEMS, INC.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1) An Application to the Court for Default Against **DEFENDANT NETPASS SYSTEMS, INC.**

on or before April 7, 2005, as a satisfactory response to the Order to Show Cause.

**Plaintiff is ORDERERD to serve this minute order on DEFENDANT NETPASS SYSTEMS, INC.**

cc: Counsel

**MINUTES FORM 11**
**CIVIL - GEN**                                                  Deputy Clerk _____