

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**                    P-SEND

| | |
|---|---|
| Case No. CV02-7624-LGB(SHx) | Date April 4, 2005 |
| Title *PERFECT 10, INC. v. CCBILL, LLC; ET AL.* | |

Present: The Honorable LOURDES G. BAIRD, SENIOR JUDGE

| Catherine M. Jeang | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

None Present                                 None Present

**Proceedings:**       (IN CHAMBERS)

WHEREAS, on March 16, 2005, the Court issued an Order to Show Cause why default should not be entered for failure to comply with the Local Rules and Federal Rules of Civil Procedure and orders of this Court **as to DEFENDANT NETPASS SYSTEMS, INC., only**;

A response to the Order to Show Cause was to be filed and served no later than March 28, 2005. As of today's date, no such response has been received by this Court;

IT IS HEREBY ORDERED AND ADJUDGED that **DEFENDANT NETPASS SYSTEMS, INC., only**, in the above-entitled action is hereby entered into default for defendant's failure to comply with the Local Rules, Federal Rules of Civil Procedure, and orders of this Court.

The Clerk is ORDERED to enter default against **DEFENDANT NETPASS SYSTEMS, INC.** forthwith.



DOCKETED ON CM
APR 5 2005
BY _____ 026

Initials of Preparer _____

310