UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV02-7624-AHM (SHx) | Date | May 23, 2005 |
|---|---|---|---|
| Title | PERFECT 10, INC. v. CCBILL, LLC, et al. | | |

Present: The Honorable A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Stephen Montes | Leslie A. King | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Jeffrey N. Mausner  No Appearance

**Proceedings:** PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT BY COURT AGAINST NETPASS SYSTEMS, INC. [Filed 4/27/05]; non-evidentiary

Cause called; appearances made.

Court issues tentative ruling and hears oral argument. The Court GRANTS the above motion. Plaintiff shall immediately submit a revised proposed judgment as orally modified in court.



THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

: 13

Initials of Preparer