1   DANIEL J. COOPER (State Bar No. 198460)
    72 Beverly Park Dr.
2   Beverly Hills, California 90210
    Telephone: (310) 205-9817
3   Facsimile: (310) 205-9638

4   JEFFREY N. MAUSNER (State Bar No. 122385)
    BERMAN, MAUSNER & RESSER
5   11601 Wilshire Boulevard, Suite 600
    Los Angeles, California 90025-1742
6   Telephone:  (310) 473-3333
    Facsimile:  (310) 473-8303

7   Attorneys for Plaintiff PERFECT 10, INC.

8                UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11  PERFECT 10, INC., a California          )   Case No. CV-02-7624 AHM (SHx)
    corporation,                            )
12                                          )   (Amended Proposed) DEFAULT
                        Plaintiff,          )   JUDGMENT AGAINST DEFENDANT
13                                          )   NETPASS SYSTEMS, INC
                                            )
14        v.                                )   Fed.R. Civ.P. Rule 55; Local Rule 55
                                            )
15  CCBILL, LLC, et al.                     )   Date:  May 23, 2005
                                            )   Time:   10:00 a.m.
16                      Defendants.         )   Place:  Courtroom of Judge Matz
                                            )
17                                          )

18  _____

19        Having considered Plaintiff Perfect 10, Inc.'s Motion For Entry of Default

20  Judgment and the Declaration of Dr. Norman Zada in Support Thereof, Judgment is

21  hereby entered in favor of Plaintiff Perfect 10, Inc., and against Defendant Netpass

22  Systems, Inc., in the amount of $275,000 (two hundred seventy five thousand dollars)

23  in statutory damages pursuant to 17 U.S.C §504(c), and $9,100 (nine thousand one

24  hundred dollars) in attorneys' fees pursuant to 17 U.S.C §505 and Local Rule 55-3,

25  for a total judgment of $284,100 (two hundred eighty four thousand one hundred

26  dollars) in favor of Perfect 10, Inc. and against Netpass Systems, Inc.

27        Netpass Systems, Inc. and its agents, servants, directors, officers, principals,

28  employees, representatives, subsidiary and affiliated companies, successors, assigns,

1

1   and those acting in concert with them or at their direction (collectively, "Netpass"),

2   are hereby permanently enjoined from:

3       1. Copying, reproducing, distributing, adapting, making derivative works

4   from, or publicly displaying Perfect 10 Works, or otherwise infringing Perfect 10

5   Inc.'s ("Perfect 10") copyrights;

6       2. Misappropriating Perfect 10's rights of publicity;

7       3. Infringing Perfect 10's PERFECT 10 trademark;

8       4. Posting Perfect 10's photographs on the Internet;

9       5. Inducing, causing, materially contributing to, or profiting from the

10   foregoing acts committed by others;

11       6. Including in their search engine or any database any of the names of any

12   Perfect 10 models, as set forth in Exhibit Q to the Complaint or as updated by notice

13   given by Perfect 10 of additional Perfect 10 models;

14       7. Permitting access to any "Identified Website" (as hereafter defined) via links

15   on www.freenetpass.com or on any other website controlled or operated by Netpass,

16   or otherwise permitting an Identified Website to use any of Netpass' computer

17   facilities.  "Identified Website" shall mean any of the following:

18       (a) Any website that Netpass knows or has reason to know contains any

19   infringing content of Perfect 10.

20       (b) Any website for which Netpass is given or has been given notice that it

21   contains infringing content of Perfect 10.

22       Prior to providing services to or linking to any website, including but not

23   limited to linking from www.freenetpass.com, Netpass shall review the content of the

24   website to determine whether it contains any readily identifiable infringing content of

25   Perfect 10.  Readily identifiable infringing content includes images with copyright

26   notices of Perfect 10 and covers of Perfect 10 Magazine.   If a website contains any

27   of these indicia of readily identifiable infringing content of Perfect 10, Netpass shall

28   not provide services for or link to the website.

1    Netpass shall review on a quarterly basis the content of any website that it

2    provides services for or links to, in order to determine whether there exists any

3    readily identifiable infringing content of Perfect 10 on that website.  If there is any

4    such readily identifiable infringing content of Perfect 10, Netpass shall cease

5    providing services or linking to that website.

6         As used herein, "Perfect 10 Works" shall mean any copyrighted image or

7    work of Perfect 10, Inc., or any part thereof.

8         IT IS SO ORDERED.

9    Dated:   May 24, 2005

10

11                                                    A. HOWARD MATZ,
                                                       United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California.

I am over the age of 18 and am not a party to the within action; my business address is: 11601 Wilshire Blvd., Suite 600, Los Angeles, CA 90025-1742.

On May 23, 2005, I served the foregoing document(s) described as follows:

**(AMENDED PROPOSED) DEFAULT JUDGMENT AGAINST DEFENDANT NETPASS SYSTEMS, INC.**

on the interested party(ies) in this action by placing a true copy thereof enclosed in a sealed envelope addressed to the address(es) as follows:

**Sean Edlund**
**Netpass Systems, Inc.**
**7900 International Drive, Suite 685**
**Bloomington, MN 55425**

**Cort C. Holten**
**Jeffrey D. Bores**
**Chestnut & Cambronne**
**3700 Campbell Mithun Tower**
**222 South 9th Street**
**Minneapolis, MN 55402**

**Albert F. Davis**
**Law Offices of Albert F. Davis**
**5455 Wilshire Boulevard, Suite 1802**
**Los Angeles, California 90036**

**MAIL:**  I placed such envelope with fully prepaid postage thereon in the United States mail at Los Angeles, California.

**FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on **May 23, 2005,** at Los Angeles, California

BY: _____
Mary Frith