## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>    Plaintiff - Appellant,<br><br>V.<br><br>CCBILL LLC, a corporation; et al.,<br><br>    Defendants - Appellees,<br><br>And<br><br>NETPASS SYSTEMS INC., a corporation,<br><br>    Defendant. | No. 04-57143<br>D.C. No. CV-02-07624-LGB<br><br>**JUDGMENT** |



RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 2 2 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>    Plaintiff - Appellee,<br><br>V.<br><br>CCBILL LLC, a corporation; et al.,<br><br>    Defendants - Appellants,<br><br>And<br><br>NETPASS SYSTEMS INC., a corporation, | No. 04-57207<br>D.C. No. CV-02-07624-LGB<br><br>**JUDGMENT** |



DOCKETED ON CM
JUN 2 5 2007
BY _____ 184

(323)

|                |
|----------------|
| Defendant.     |

Appeal from the United States District Court for the Central District of California, Los Angeles.

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California, Los Angeles and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED IN PART, REVERSED IN PART, REMANDED**.

Filed and entered 03/29/07



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
JUN 19 2007
by
Deputy Clerk