```
                                FILED
                        CLERK, U S DISTRICT COURT

                            AUG - 2 2007

                        CENTRAL DISTRICT OF CALIFORNIA
                        BY                    DEPUTY
```

Priority
Send        ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., ) | CASE NO. CV02-7624-AHM (SHx) |
| Plaintiff, ) | **ORDER SETTING STATUS CONFERENCE FOLLOWING REMAND FROM THE NINTH CIRCUIT** |
| v. ) | |
| CCBILL, LLC, *et al.*, ) | |
| Defendants. ) | Date: September 10, 2007<br>Time: 11:00 a.m. |

This case has been remanded to Judge A. Howard Matz from the Ninth Circuit and a status conference has been set on the above date. In preparation for the status conference, the Court orders the parties to submit a single joint status report, which shall be filed not later than one week before the status conference. It shall be drafted by plaintiff (unless the parties agree otherwise), but shall be submitted and signed jointly. "Jointly" contemplates a single report, regardless of how many separately-represented parties there are.

The Joint Status Report shall report on all matters enumerated below.

a. a brief summary of the impact on this case of the **Ninth Circuit's ruling**;

```
DOCKETED ON CM
AUG - 3 2007
BY              004
```

325

    b.    a brief description of what **legal issues** are left for the Court to determine on remand, including any pending motions not yet decided by the Court.

    c.    a description of any **further motions** the parties anticipate bringing, accompanied by a proposed **briefing schedule**;

    d.    a statement of what **discovery**, if any, remains to be conducted, accompanied by proposed **discovery cut-off dates** for both expert and non-expert testimony;

    e.    the remaining **damages** sought in this case;

    f.    **proposals for managing this case efficiently**;

    g.    a realistic (not padded) **estimate of the time required for trial** and whether trial will be by jury or by court;

    h.    a statement of any **other issues affecting the status or management** of the case (*e.g.*, unusually complicated technical or technological issues, disputes over protective orders, extraordinarily voluminous document production, non-English speaking witnesses, discovery in foreign jurisdictions, etc.);

    i.    **for conflict purposes**, corporate parties must identify all subsidiaries, parents and affiliates; and

    j.    a brief discussion of the status of possible **settlement**.

The Joint Status Report should set forth the above enumerated information under section headings corresponding to this Order.

The Court thanks the parties and their counsel for their anticipated cooperation in carrying out these requirements.

IT IS SO ORDERED.

Dated: August 2, 2007

                                                      A. HOWARD MATZ
United States District Judge