**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV02-7624-AHM (SHx) | Date | September 10, 2007 |
| Title | PERFECT 10, INC. v. ccBILL, LLC, et al. | | |

Present: The Honorable   A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Stephen Montes | Cindy Nirenberg | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jeffrey N. Mausner | Jay M. Spillane |
| | John Flynn |

**Proceedings:**   STATUS CONFERENCE FOLLOWING REMAND FROM THE NINTH CIRCUIT

Cause called; appearances made. Also present is Michael Fischer, Vice-President of ccBill, LLC.

Court questions counsel on the status of the *certiori* petition and declines plaintiff's request to stay the case pending a ruling.

Court and counsel discuss the remaining issues following remand. The parties are ordered to exchange settlement letters by not later than September 18, 2007. Not later than September 19, 2007, the parties shall either file a status report on the settlement or submit a stipulation and order regarding the proposed stay.

Court sets a non-expert discovery cut-off date of January 28, 2008, an expert discovery cut-off of February 25, 2008, an opening expert witness disclosure date of January 22, 2008, and a rebuttal expert witness disclosure date of February 11, 2008. No other pretrial and trial dates are set at this time.

Court also sets the following briefing schedule on defendants' summary judgment motion: motion filed by not later than March 24, 2008 and noticed for hearing on May 26, 2007 at 10:00 a.m.; opposition thereto by not later than April 21, 2007; and any reply by May 12, 2008.

:47

Initials of Preparer   SMO