1  JEFFREY N. MAUSNER (State Bar No. 122385)
2  Warner Center Towers, Suite 910
   21800 Oxnard Street
3  Woodland Hills, California 91367-3640
4  Telephone: (310) 617-8100, (818) 992-7500
   Facsimile: (818) 716-2773
5  Attorneys for Plaintiff
6
7  DANIEL J. COOPER (State Bar No. 198460)
   PERFECT 10, INC.
8  72 Beverly Park Dr.
   Beverly Hills, California 90210
9  Telephone: (310) 205-9817
10 Facsimile: (310) 205-9638

LODGED

FILED
CLERK, US DISTRICT COURT
SEP 20 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., <br><br> Plaintiff, <br><br> v. <br><br> CCBILL, LLC, CWIE, LLC, <br><br> Defendants. | CASE NO. CV02-7624 AHM (SHx) <br><br> **STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING OUTCOME OF PETITION FOR CERTIORARI** |

DOCKETED ON CM
SEP 25 2007
BY _____ 002

1  Pursuant to the discussions which took place at the Status Conference before
2  Judge Matz on September 10, 2007 and subsequent discussions of the parties, it is
3  hereby requested and stipulated between the parties hereto, Plaintiff Perfect 10, Inc.
4  ("Perfect 10") and Defendants CCBill, LLC ("CCBill") and CWIE, LLC ("CWIE"), as
5  follows:

> All proceedings in this case shall be stayed, pending the decision by the United States Supreme Court on whether it will grant certiorari. No party should take discovery or otherwise litigate this matter during the stay. If the Supreme Court denies Plaintiff's Petition for Certiorari, this case will be dismissed in its entirety and with prejudice, all parties to bear their own fees and costs. If the Supreme Court grants Plaintiff's Petition for Certiorari, the stay will be lifted. However, Perfect 10 will not be prejudiced or prevented from seeking a further stay in that event.

This stipulation is entered into in order to prevent the unnecessary expenditure of attorneys' fees and to reduce the burden on this Court.

Respectfully submitted,

Dated: September 19, 2007

By: _____/s/ Jeffrey N. Mausner_____
Jeffrey N. Mausner
Attorneys for Plaintiff Perfect 10, Inc.

Dated: September 19, 2007

SPILLANE SHAEFFER ARONOFF BANDLOW LLP
TIFFANY & BOSCO, P.C.

By: _____/s/_____
Jay M. Spillane
John P. Flynn
Attorneys for Defendants CCBill, LLC and CWIE, LLC

1

ORDER

Pursuant to the stipulation of the parties set forth above, it is hereby ORDERED that all proceedings in this case are stayed, pending the decision by the United States Supreme Court to grant or deny Plaintiff's Petition for Certiorari . No party may take discovery or otherwise litigate this matter during the stay. Further, it is ORDERED that this case will be dismissed with prejudice, all parties to bear their own fees and costs, in the event the Supreme Court denies Plaintiff's Petition for Certiorari. It is further ORDERED that the stay shall be lifted if the Supreme Court grants the Petition for Certiorari. However, Perfect 10 will not be prejudiced or prevented from seeking a further stay in that event.

IT IS SO ORDERED.

Dated: September 20, 2007

A. HOWARD MATZ
United States District Judge

1
## PROOF OF SERVICE

2
### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3   I am employed in the county of Los Angeles, State of California.

4   I am over the age of 18 and am not a party to the within action; my business address is: 21800 Oxnard Street, Suite 910 Woodland Hills, California 91367

5

6   On September 19, 2007, I served the foregoing document(s) described as follows:

7   **STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING OUTCOME OF PETITION FOR CERTIORARI**

8
9   on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed to the address(es) as follows:

10  **Jay M. Spillane**                          **John P. Flynn**
11  **Spillane Shaeffer Aronoff Bandlow LLP**    **Tiffany & Bosco**
    **1880 Century Park East, Suite 1004**       **Third Floor Camelback Esplanade Two**
12  **Los Angeles, California 90067**            **2525 East Camelback Road**
                                                 **Phoenix, Arizona 85016-4237**
13

14  **MAIL:** I placed such envelope with fully prepaid postage thereon in the United States mail at Los Angeles, California.

15
16  **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare, under penalty of perjury, that the foregoing is true and correct.

17
18  Executed on **September 19, 2007** at Los Angeles, California.

19

20  BY: _____
21            Brittany Douglass

22

23

24

25

26

27

28

BERMAN, MAUSNER & RESSER
A LAW CORPORATION