1 | JEFFREY N. MAUSNER (State Bar No. 122385)
2 | Warner Center Towers, Suite 910
3 | 21800 Oxnard Street
  | Woodland Hills, California 91367-3640
4 | Telephone: (310) 617-8100, (818) 992-7500
  | Facsimile: (818) 716-2773
5 | Attorneys for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
DEC 13 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority
Send ✗
Enter
Closed
JS-5/JS-6 ✗
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

11 | PERFECT 10, INC.,
12 |        Plaintiff,
13 | v.
14 |
15 | CCBILL, LLC, CWIE, LLC,
16 |        Defendants.

CASE NO. CV02-7624 AHM (SHx)

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**

The parties, Plaintiff Perfect 10, Inc. ("Perfect 10") and Defendants CCBill, LLC ("CCBill") and CWIE, LLC ("CWIE"), hereby stipulate that the case be dismissed in its entirety and with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1), all parties to bear their own fees and costs.

Respectfully submitted,

Dated: December 5, 2007

By: *Jeffrey N. Mausner*
Jeffrey N. Mausner
Attorney for Plaintiff Perfect 10, Inc.

Dated: December 5, 2007

SPILLANE SHAEFFER ARONOFF BANDLOW LLP
TIFFANY & BOSCO, P.C.

By: *[signature]*
Jay M. Spillane
John P. Flynn
Attorneys for Defendants CCBill, LLC and CWIE, LLC

IT IS SO ORDERED.

Dated: 12/13/07

*[signature]*
A. HOWARD MATZ
United States District Judge

1

**PROOF OF SERVICE**

I am employed in Los Angeles County, California, over the age of 18 years, and not a party to this action. My business address is Spillane Shaeffer Aronoff Bandlow LLP, 1880 Century Park East, Suite 1004, Los Angeles, CA 90067-1623. On December 13, 2007, I served the following document(s) entitled: **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**

☐ I sent the document (s) from facsimile machine (310) 229-9380 on December 13, 2007. I certify that the transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 229-9380 that confirms the transmission and receipt. The transmission was reported as complete and without error.

☒ by causing the document(s) listed above to be sealed in an envelope with first class postage fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

☐ I caused delivery of the document(s) listed above to the person(s) at the address(es) set forth below personally via our attorney service on this day.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

*Please See Attached Service List*

With respect to documents sent by mail, I readily am familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, in the ordinary course of business correspondence would be deposited with the U.S. Postal Service on that same day with first class postage on it fully prepaid. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge, and that I am employed in an office of a member of the Bar of the Court at whose direction this service was made.

Executed on December 13, 2007, at Los Angeles, California.

_____
Yta Lewis

# SERVICE LIST
## PERFECT 10, INC. v. CCBILL, LLC, et al.
### USDC Case No. CV 02 7624 AHM

| | |
|---|---|
| Jeffrey N. Mausner, Esq.<br>Jeffrey N. Mausner Attorney at Law<br>Warner Center Towers<br>21800 Oxnard Street, Suite 910<br>Woodland Hills, CA 91367 | Counsel for Plaintiff PERFECT 10, INC.<br><br>Telephone: (818)992-7500/(310)617-8100<br>Facsimile:  (818) 716-2773 |
| Daniel J. Cooper, Esq.<br>Perfect 10, Inc.<br>72 Beverly Park Drive<br>Beverly Hills, CA  90210 | Counsel for Plaintiff PERFECT 10, INC.<br><br>Telephone:  (310) 205-9817<br>Facsimile:   (310) 205-9638 |
| John P. Flynn, Esq.<br>Dioguardi Flynn Jones LLP<br>7001 N. Scottsdale Rd., Suite 2060<br>Scottsdale, AZ 85253 | Co-Counsel for Defendants CCBill, LLC, CWIE, LLC<br><br>Telephone: (480)951-8800<br>Facsimile:  (480) 951-8824 |

PROOF OF SERVICE